LEONARD SCHMIDT, Respondent, *v.* THE CITY OF NEW YORK and BRADLEY CONTRACTING COMPANY, Appellants, Impleaded with NEW YORK RAILWAYS COMPANY, Defendant.

First Department, October 26, 1917.

See head note in *Schmidt* v. *City of New York* (*ante*, p. 667).

APPEAL by the defendants, The City of New York and another, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 4th day of December, 1916, upon the verdict of a jury for $500, and also from orders entered in said clerk's office on the 27th day of November, 1916, and

the 2d day of December, 1916, respectively, denying defendants' motions for a new trial made upon the minutes.

*John F. O'Brien,* for the appellant The City of New York.

*Frederick L. C. Keating,* for the appellant Bradley Contracting Company.

*Peter Klein,* for the respondent.

PER CURIAM:

For the reasons stated in *Schmidt* v. *City of New York* (179 App. Div. 667), decided herewith, the judgment and order appealed from are reversed and the complaint dismissed, with costs to the appellants in this court and the court below.

Present — CLARKE, P. J., SCOTT, DOWLING, SMITH and PAGE, JJ.

Judgment reversed, with costs, and complaint dismissed, with costs.